DOTSON & QUALEY
Robert S. Qualey, Esq.
State Bar No. 3570
2320 Paseo Del Prado, Bldg B, Suite 205
Las Vegas, Nevada 89102
(702) 474-6677

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, NEVADA**

\* \* \* \* \*

| | |
|---|---|
| TYANIKA BADGER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign Nevada corporation dba WAL- MART STORE #1559; and DOES EMPLOYEES/AGENTS I through XX, DOES I through X; ROE CORPORATIONS A through Z; inclusive,<br><br>　　　　　Defendant. | Case No: 2:11-cv-01609-KJD-CWH<br>Dept. No:<br><br>**AMENDED ORDER GRANTING EMERGENCY MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date of Hearing:  April 30, 2013<br>Time of Hearing:  9:00 a.m. |

This matter having come on for hearing on Plaintiff's Emergency Motion to Withdraw as Counsel of Record being heard on the 30th day of April, 2013, based upon the pleadings and documentation on file herein and good cause appearing, therefor,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Withdraw as Counsel of Record  is granted.

IT IS HEREBY ORDERED that Plaintiff can be contacted at the following address: 1600 S. Valley View Apt 2149, Las Vegas, Nevada 89102 or can be reached at the following phone numbers (702) 567-5677 or (702) 449-6439.

. . .

. . .

1   IT IS FURTHER ORDERED that Plaintiff will have 30 days to retain new counsel and then

2   a status check on this matter will be held on May 28, 2013 at 9:00 a.m.

3   DATED this   6   day of   May   ,2013.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

DOTSON & QUALEY

By /s/ Robert S. Qualey
    Robert S. Qualey, Esq.
    State Bar No. 3570
    2320 Paseo Del Prado, Bldg B, Ste 205
    Las Vegas, Nevada 89102
    Attorneys for Plaintiff



LAW OFFICES
DOTSON & QUALEY
ATTORNEYS AT LAW
2320 PASEO DEL PRADO, BLDG B, SUITE 205
LAS VEGAS, NEVADA 89102
TELEPHONE (702) 474-6677  FACSIMILE (702) 474-6676