DOTSON & QUALEY
Robert S. Qualey, Esq.
State Bar No. 3570
2320 Paseo Del Prado, Bldg B, Suite 205
Las Vegas, Nevada 89102
(702) 474-6677

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NEVADA

* * * * *

TYANIKA BADGER,

   Plaintiff,

vs.

WAL-MART STORES, INC., a foreign
Nevada corporation dba WAL- MART STORE
#1559; and DOES EMPLOYEES/AGENTS I
through XX, DOES I through X; ROE
CORPORATIONS A through Z; inclusive,

   Defendant.

Case No: 2:11-cv-01609-KJD-CWH
Dept. No:

**AMENDED ORDER GRANTING
EMERGENCY MOTION TO
WITHDRAW AS COUNSEL OF
RECORD**

Date of Hearing:  April 30, 2013
Time of Hearing:   9:00 a.m.

  This matter having come on for hearing on Plaintiff's Emergency Motion to Withdraw as

Counsel of Record being heard on the 30th day of April, 2013, based upon the pleadings and

documentation on file herein and good cause appearing, therefor,

  IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Withdraw as Counsel of

Record  is granted.

  IT IS HEREBY ORDERED that Plaintiff can be contacted at the following address: 1600

S. Valley View Apt 2149, Las Vegas, Nevada 89102 or can be reached at the following phone

numbers (702) 567-5677 or (702) 449-6439.

. . .

. . .

LAW OFFICES
**DOTSON & QUALEY**
ATTORNEYS AT LAW
2320 PASEO DEL PRADO, BLDG B, SUITE 205
LAS VEGAS, NEVADA 89102
TELEPHONE (702) 474-6677 FACSIMILE (702) 474-6676

1    IT IS FURTHER ORDERED that Plaintiff will have 30 days to retain new counsel and then

2  a status check on this matter will be held on May 28, 2013 at 9:00 a.m.

3    DATED this __6__ day of __May_____ ,2013.

4

5                                                        _____
                                                         UNITED STATES DISTRICT JUDGE
                                                         KENT J. DAWSON
6

7  DOTSON & QUALEY

8

9  By /s/ Robert S. Qualey_____
       Robert S. Qualey, Esq.
10      State Bar No. 3570
       2320 Paseo Del Prado, Bldg B, Ste 205
11      Las Vegas, Nevada 89102
       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
DOTSON & QUALEY
ATTORNEYS AT LAW
2320 PASEO DEL PRADO, BLDG B, SUITE205
LAS VEGAS, NEVADA 89102
TELEPHONE (702) 474-6677  FACSIMILE (702) 474-6676